# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ROBIN HOEY | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | | |
| | : | |

## PROOF OF SERVICE

I hereby certify, under penalties of perjury, that on May 24, 2007, I caused, by and through the process server identified in the attached affidavit, a copy of the Summons and Complaint to be served via hand delivery on Linda Tolson, of the Metropolitan Police Department, who is authorized to accept service on behalf of Defendant Cathy M. Lanier, Chief of Police.

Dated June 11th, 2007                    /s/ J. Michael Hannon
                                         J. Michael Hannon, #352526
                                         1901 18th Street, NW
                                         Washington, DC 20009
                                         (202) 232-1907
                                         (202) 232-3704 Facsimile
                                         jhannon@hannonlawgroup.com
                                         *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Proof of Service was sent via electronic filing and first class mail this 11th day of June, 2007 to:

Cathy M. Lanier  
Chief of Police  
c/o Linda Tolson  
General Counsel Secretary  
Metropolitan Police Department  
300 Indiana Avenue, N.W.  
Washington, D.C. 20001

                              */s/ J. Michael Hannon*  
                              J. Michael Hannon

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robin Hoey

vs.

District of Columbia, et al.

No. 1:07-CV-00919

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:27 pm on May 24, 2007, I served Cathy M. Lanier, Chief of Police at Metropolitan Police Department, 300 Indiana Avenue, NW, Washington, DC 20001 by serving Linda Tolson, General Counsel Secretary, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     48
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  290
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 5/24/07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 188543