## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ROBIN HOEY | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | | |
| | : | |

### PROOF OF SERVICE

I hereby certify, under penalties of perjury, that on May 24, 2007, I caused, by and through the process server identified in the attached affidavit, a copy of the Summons and Complaint to be served via hand delivery on Tonia Robinson, of the Office of the Attorney General of the District of Columbia, who is authorized to accept service on behalf of Defendant District of Columbia.

Dated June 11th, 2007            _/s/ J. Michael Hannon_
                                                        J. Michael Hannon, #352526
                                                        1901 18th Street, NW
                                                        Washington, DC 20009
                                                        (202) 232-1907
                                                        (202) 232-3704 Facsimile
                                                        jhannon@hannonlawgroup.com
                                                        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Proof of Service was sent via electronic filing and first-class mail this 11th day of June, 2007 to:

Attorney General of the District of Columbia
c/o Gale Rivers, Tonia Robinson & Darlene Fields
441 4th St. NW
Suite 600S
Washington, D.C. 20001


          */s/ J. Michael Hannon*
          J. Michael Hannon

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robin Hoey

vs.

District of Columbia, et al.

No. 1:07-CV-00919

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:37 pm on May 24, 2007, I served District of Columbia, a Municipal Corporation c/o Attorney General of the District of Columbia at 441 4th Street, NW, Suite 600S, Washington, DC 20001 by serving Tonia Robinson, Agent, authorized to accept. Described herein:

```
    SEX-   FEMALE
    AGE-   28
 HEIGHT-   5'5"
   HAIR-   BLACK
 WEIGHT-   150
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 5-24-07
Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 188545