# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ROBIN HOEY | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al. | : | |
| | : | |
| Defendants. | | |
| | : | |

## PROOF OF SERVICE

I hereby certify, under penalties of perjury, that on May 25, 2007, I caused, by and through the process server identified in the attached affidavit, a copy of the Summons and Complaint to be served via hand delivery on Tabatha Braxton, of the Office of the Secretary for the Mayor of the District of Columbia, who is authorized to accept service on behalf of Defendant Mayor Adrian M. Fenty.


Dated June 11th, 2007                                 */s/ J. Michael Hannon*
                                                                J. Michael Hannon, #352526
                                                                1901 18th Street, NW
                                                                Washington, DC 20009
                                                                (202) 232-1907
                                                                (202) 232-3704 Facsimile
                                                                jhannon@hannonlawgroup.com
                                                                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Proof of Service was sent via electronic filing and first-class mail this 11$^h$ day of June, 2007 to:

Mayor Adrian M. Fenty
c/o Tabatha Braxton
Office of the Secretary for the
Mayor of the District of Columbia
John A. Wilson Building
Suite 419
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004


                                                 */s/ J. Michael Hannon*
                                                 J. Michael Hannon

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robin Hoey

vs.

District of Columbia, et al.

No. 1:07-CV-00919

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

   That my date of birth / age is 03-01-1980.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 12:06 pm on May 24, 2007, I served District of Columbia, a Municipal Corporation c/o Mayor Adrian M. Fenty at Office of the Secretary for the Mayor of the District of Columbia, John A. Wilson Building, Suite 419, 1350 Pennsylvania Avenue, NW, Washington, DC 20004 by serving Tabatha Braxton, Staff Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    28
HEIGHT-    5'6"
  HAIR-    BLACK
WEIGHT-    160
  RACE-    BLACK
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  5/25/07
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 188544