UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN HOEY | : | |
| | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | : | Judge John D. Bates |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |

## CONSENT MOTION TO SET PLEADINGS SCHEDULE

Plaintiff Robin Hoey, through his attorneys HANNON LAW GROUP, LLP, respectfully submits this Consent Motion to Set Pleadings Schedule.

In this matter, the Defendants District of Columbia and Cathy Lanier have filed a Motion to Dismiss the Complaint, And/Or, In the Alternative, Motion for Summary Judgment. The Plaintiff's Opposition is currently due June 28, 2007. Plaintiff is also preparing a Cross Motion for Partial Summary Judgment.

Undersigned counsel is authorized by Assistant Attorney General Leah Brownlee Taylor to advise the Court that Defendants' consent to the Court establishing the following pleading schedule for these motions:

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint, And/Or, In the Alternative, Motion for Summary Judgment | July 12, 2007 |
| Plaintiff's Cross Motion for Partial Summary Judgment | July 12, 2007 |
| Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint, And/Or, In the Alternative, Motion for Summary Judgment | Aug. 2, 2007 |
| Defendants' Opposition to Plaintiff's Cross Motion for Partial Summary Judgment | Aug. 2, 2007 |

| | |
|---|---|
| Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross Motion for Partial Summary Judgment | Aug. 16, 2007 |

WHEREFORE, Plaintiff respectfully requests this Consent Motion be granted and the Court enters the attached Order establishing the proposed pleading schedule.

Respectfully submitted,

HANNON LAW GROUP, LLP


　　　　*/s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com
*Attorney for Plaintiff Robin Hoey*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Set Pleadings Schedule was sent via electronic filing this 27th day of June, 2007 to:

Leah Brownlee Taylor
Office of the Attorney General
441 Fourth Street, NW
6th Floor-South
Washington, DC 20001-2714


　　　　*/s/ J. Michael Hannon*
J. Michael Hannon

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN HOEY                              :
                                        :
        Plaintiff,                      :    Case Number: 1:07-cv-00919
                                        :    Judge John D. Bates
    v.                                  :
                                        :
DISTRICT OF COLUMBIA, et al.            :
                                        :
                                        :
        Defendants.                     :

**O R D E R**

Upon consideration of the Consent Motion to Establish Pleadings Schedule, it is by the Court this ____ day of June, 2007,

**HEREBY ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the pleading schedule shall be set as follows:

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint, And/Or, In the Alternative, Motion for Summary Judgment | July 12, 2007 |
| Plaintiff's Cross Motion for Partial Summary Judgment | July 12, 2007 |
| Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint, And/Or, In the Alternative, Motion for Summary Judgment | Aug. 2, 2007 |
| Defendants' Opposition to Plaintiff's Cross Motion for Partial Summary Judgment | Aug. 2, 2007 |
| Plaintiff's Reply to Defendants' Opposition to Plaintiff's Cross Motion for Partial Summary Judgment | Aug. 16, 2007 |

**SO ORDERED**.

_____
The Honorable John D. Bates
District Court Judge

Copies to:

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Leah Brownlee Taylor
Assistant Attorney General
441 Fourth St., N.W.
6th Floor South
Washington, D.C. 20001