## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBIN HOEY, | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al., | : | |
| Defendants. | : | |

## NOTICE OF FILING

Plaintiff, through counsel, hereby submits Exhibit I, Performance Evaluation Form, referenced in his Memorandum of Points and Authorities in support of his Motion for Partial Summary Judgment.

Dated: July 13, 2007                                  Respectfully submitted,

                                                      HANNON LAW GROUP, LLP


                                                      _____/s/ J. Michael Hannon_____
                                                      J. Michael Hannon, #352526
                                                      1901 18th Street, N.W.
                                                      Washington, DC 20009
                                                      (202) 232-1907
                                                      (202) 232-3704 Facsimile
                                                      jhannon@hannonlawgroup.com

                                                      *Attorney for Robin Hoey*

2

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Set Pleadings Schedule was sent via electronic filing this 13th day of July, 2007 to:

Leah Brownlee Taylor
Office of the Attorney General
441 Fourth Street, NW
6th Floor-South
Washington, DC 20001-2714

                                                */s/ J. Michael Hannon*
                                                J. Michael Hannon

# EXHIBIT I

Case 1:07-cv-00919-JDB   Document 9-2   Filed 07/13/2007   Page 1 of 2



# The Government of the District of Columbia
# Performance Management Program

## Performance Evaluation Form

Name of Employee: <u>Robin Hoey</u>
Agency: <u>Metropolitan Police Departmentt</u>          Resp. Center / Dept: _____

Position Title: <u>On</u>          Grade: <u>8</u>          Name of Supervisor or Manager: <u>Nola Joyce</u>

Employee E-mail Address: RobinHoey@MPDC.org          Phone: 202-7277752

Type of Service:     [X] Career Service Supervisor     [ ] MSS     [ ] Excepted Service

Type of Evaluation:     [ ] Mid-Year Evaluation     [ ] Self-Evaluation     [X] Annual Evaluation

Rating Period : <u>April 22,2001</u> to September 30, 2001          Date of Evaluation: <u>10-25-01</u>

Note:   All FY'01 Performance Evaluations must be completed, signed and submitted to DCOP by November 7, 2001.
        Forms should be sent to:

> DCOP, Performance Management Unit
> One Judiciary Square, Suite 310South
> 441 4th Street, NW
> Washington, DC  20001
> Phone: 202-442-9644  Fax: 202-727-5486

## Rating Scale

The following scale should be used to rate employee performance.

|   | Rating | Description |
|---|---|---|
|   | 5 - Significantly Exceeds Expectations | Performance consistently and significantly exceeds expectations. Exceptional accomplishments obvious to manager and peers. |
| ✓ | 4 - Exceeds Expectations | Performance consistently exceeds expectations in some areas and meets expectations in all others. |
|   | 3 - Meets Expectations | Performance consistently meets key expectations and may occasionally exceed expectations. |
|   | 2 – Needs Improvement | Performance meets some expectations but requires further development in one or more areas. Formal action should be taken to ensure improved performance. |
|   | 1 - Does Not Meet Expectations | Performance consistently does not meet expectations. Formal action should be taken to ensure improved performance. |

*Copied on 5-7-01*