IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-00919(JDB) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| And CATHY LANIER | ) |
| | ) |
| Defendants. | ) |

**THE DEFENDANT DISTRICT OF COLUMBIA'S AND CATHY LANIER'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the Defendants District of Columbia and Cathy Lanier, by and through the undersigned counsel, move this court for enlargement of time to file a responsive pleading, up to and including October 10, 2007. As reasons for the motions, the Defendants state the following:

1. The defendants' responsive pleading is due on or about September 10, 2007. Defendants' counsel needs additional time to file a responsive pleading in light of the new allegations in plaintiff's amended complaint, the need to confer and vet the issues raised in plaintiff's amended complaint, and counsel's busy workload.

2. The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's amended complaint to October 10, 2007.

3. Fed. R. Civ. P. 6(b)(1) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before

       the expiration of the period previously prescribed or extended by a previous order or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…"

4.     This request is being made before the expiration of the prescribed period and for good cause shown, and

5.     No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including October 10, 2007, is requested to file a responsive pleading to plaintiff's amended complaint. A memorandum of points and authorities in support of this motion is hereto attached.

       Respectfully submitted,

       LINDA SINGER
       Attorney General for the District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General, Civil Litigation Division

         /s/
       PATRICIA A. JONES [428132]
       Chief, General Litigation, Section IV

         /s/
       LEAH BROWNLEE TAYLOR [488966]
       Assistant Attorney General
       441 4th Street, N.W.
       Sixth Floor South
       Washington, D.C. 20001
       (202) 724-7854; (202) 727-6295
       leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on September 6, 2007, the undersigned counsel contacted the plaintiff's counsel but was unable to reach counsel to discuss the relief sought in the motion. Therefore, this motion should be treated as contested.

                                                                 _____/s/_____
                                                                 LEAH BROWNLEE TAYLOR [488966]
                                                                 Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, )<br>)<br>      Plaintiff, )<br>)<br>vi. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>And CATHY LANIER )<br>)<br>      Defendants. ) | Civil Action No. 07-00919(JDB) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING

In support of their Motion for Enlargement of Time to File A Responsive Pleading, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein.

4. The lack of prejudice to the plaintiff.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ _____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

4

      /s/ _____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

5

IN THE UNTED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vii. | )   Civil Action No. 07-00919(JDB) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| And CATHY LANIER | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion for Enlargement of Time to File A Responsive Pleading, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, plaintiff's response thereto, if any, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendants' time to file a responsive pleading is extended up to and including October 10, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA