### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ROBIN HOEY, | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al., | : | |
| Defendants. | : | |

### CONSENT MOTION FOR
### EXTENSION OF TIME TO FILE
### PLAINTIFF'S OPPOSITION TO DEFENDANTS'
### AMENDED MOTION TO DISMISS THE AMENDED COMLAINT,
### AND/OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT.

Plaintiff Robin Hoey, by and through his attorneys HANNON LAW GROUP, LLP, pursuant to Fed. R. Civ. Pro. 6(b)(1) and LCvR 7, respectfully presents this Consent Motion for Extension of Time to File Opposition to Defendants' Amended Motion to Dismiss the Amended Complaint, And/or In The Alternative, Motion for Summary Judgment.

In this matter, the Defendants have filed a Motion to Dismiss the Amended Complaint And/Or A Motion for Summary Judgment on October 11, 2007. The Plaintiff's Opposition is currently due October 22, 2007.

Undersigned counsel is authorized by Assistant United States Attorney Leah Brownlee Taylor to advise the Court that Defendants consent to the extension of the October 22, 2007, deadline to Nov 5, 2007.

WHEREFORE, Plaintiff Robin Hoey respectfully requests that the Court grant this Consent Motion and enter the attached Order.

Respectfully submitted,

HANNON LAW GROUP, LLP


          /s/ J. Michael Hannon
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Plaintiff Robin Hoey*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Consent Motion for Extension of Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss the Amended Complaint And/Or In The Alternative Motion for Summary Judgment** was sent via electronic filing, this 19th day of October, 2007 to:

Leah Brownlee Taylor
Office of the Attorney General
441 Fourth Street, NW
6th Floor-South
Washington, DC 20001-2714


          /s/ J. Michael Hannon
J. Michael Hannon

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ROBIN HOEY, | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al., | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of the Consent Motion to Extend the Briefing Schedule, it is by the Court this ____ day of _____, 2007,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint And/Or In The Alternative Motion for Summary Judgment shall be filed November 5, 2007.

_____
THE HONORABLE JOHN D. BATES
District Court Judge

Copies to:
J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Leah Brownlee Taylor
Assistant Attorney General
441 Fourth Street, N.W. 6th Floor South
Washington DC 20001