IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>And CATHY LANIER )<br>)<br>Defendants. ) | Civil Action No. 07-00919(JDB) |

**THE DEFENDANT DISTRICT OF COLUMBIA'S AND CATHY LANIER'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO THE DEFENDANTS' SUPPLEMENT TO ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the Defendants District of Columbia and Cathy Lanier, by and through the undersigned counsel, move this court for enlargement of time to file a reply to plaintiff's response to the defendants supplement to its motion to dismiss, up to and including January 25, 2008. As reasons for the motion, the Defendants state the following:

1.  The plaintiff filed a response to the defendant's supplement to its motion to dismiss on or about January 9, 2008.  The defendants' response to plaintiff's response is due on or about January 22, 2008, in light of the federal holiday.  Defendants' counsel needs additional time to file a reply due to the defense counsel's schedule, the press of business and in light of defense counsel's preparation for trial in another matter.

2.  The defendants respectfully request that this Court extend the time to file its reply to January 25, 2008.

3.  Fed. R. Civ. P. 6(b)(1) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed or extended by a previous order or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…"

4. This request is being made before the expiration of the prescribed period and for good cause shown, and

5. No party will be unduly prejudiced should the Court grant the requested relief. Plaintiff consents to this motion and there is ongoing litigation of this matter in the Office of Employee Appeals ("OEA").

6. Undersigned counsel also consents to plaintiff's request for time to file any necessary sur-reply, as plaintiff's counsel is on trial and has advised defense counsel of the possibility of filing a sur-reply to counsel's reply.

For all the above-stated reasons, additional time up to and including January 25, 2008, is requested to file a reply to plaintiff's response. A memorandum of points and authorities in support of this motion is hereto attached.

                                              Respectfully submitted,

                                              PETER J. NICKLES
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division

                                              /s/
                                              PATRICIA A. JONES [428132]
                                              Chief, General Litigation, Section IV

      /s/ _____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on January 18th, 2008, the undersigned counsel contacted the plaintiff's counsel and she consented to the relief sought in the motion.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vi. | )   Civil Action No. 07-00919(JDB) |
| | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| And CATHY LANIER | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY

In support of their Motion for Enlargement of Time to File A Reply, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein.

4. The lack of prejudice to the plaintiff.

5. The plaintiff's consent.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ _____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

IN THE UNTED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vii. ) | Civil Action No. 07-00919(JDB) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| And CATHY LANIER ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion for Enlargement of Time to File A Reply, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, plaintiff's response thereto, if any, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendants' time to file a reply is extended up to and including January 25, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA