IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>And CATHY LANIER )<br>)<br>Defendants. ) | Civil Action No. 07-00919(JDB) |

**THE DEFENDANT DISTRICT OF COLUMBIA'S AND CATHY LANIER'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO THE DEFENDANTS' SUPPLEMENT TO ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the Defendants District of Columbia and Cathy Lanier, by and through the undersigned counsel, move this court for enlargement of time to January 28, 2008, file a reply to plaintiff's response to the defendants supplement to its motion to dismiss, up to and including January 28, 2008. As reasons for the motion, the Defendants state the following:

1. The Court graciously granted the defendant and an extension of time to file a reply up to and until January 25, 2008.

2. Defendants' counsel has been preparing for trial in another matter and while she has completed a draft of her reply, the District needs additional time for supervisory review of its reply before its filing.

3. Fed. R. Civ. P. 6(b)(1) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or

>notice order the period enlarged if request therefore is made before the expiration of the period previously prescribed or extended by a previous order or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…"

4. This request is being made before the expiration of the prescribed period and for good cause shown, and

5. Plaintiff consents to the extension of time. No party will be unduly prejudiced should the Court grant the requested relief. The defendant consents in advance to plaintiff's motion to file a sur-reply and for additional time to file a sur-reply.

For all the above-stated reasons, additional time up to and including January 28, 2008, is respectfully requested to file a reply to plaintiff's response. A memorandum of points and authorities in support of this motion is hereto attached.

                                                   Respectfully submitted,

                                                   PETER J. NICKLES
                                                   Attorney General for the District of Columbia

                                                 GEORGE C. VALENTINE
                                                 Deputy Attorney General, Civil Litigation Division

                                                 /s/
                                                 PATRICIA A. JONES [428132]
                                                 Chief, General Litigation, Section IV

                                                 /s/
                                                 LEAH BROWNLEE TAYLOR [488966]
                                                 Assistant Attorney General
                                                 441 4th Street, N.W.
                                                 Sixth Floor South
                                                 Washington, D.C. 20001
                                                 (202) 724-7854; (202) 727-6295
                                                 leah.taylor@dc.gov

**CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on January 25th, 2008, the undersigned counsel contacted the plaintiff's counsel and she consented to the relief sought in the motion.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, )<br>)<br>Plaintiff, )<br>)<br>vi. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>And CATHY LANIER )<br>)<br>Defendants. ) | Civil Action No. 07-00919(JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY**

In support of their Consent Motion for Enlargement of Time to File A Reply, the defendants rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein.

4. The lack of prejudice to the plaintiff.

5. The plaintiff's consent.

                        Respectfully submitted,

                        LINDA SINGER
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                          /s/
                        PATRICIA A. JONES [428132]
                        Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

IN THE UNTED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vii. ) | Civil Action No. 07-00919(JDB) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| And CATHY LANIER ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Consent Motion for Enlargement of Time to File A Reply, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, plaintiff's response thereto, if any, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendants' time to file a reply is extended up to and including January 28, 2008.

                                                                                                                   _____
                                                                                                                    JUDGE, UNITED STATES DISTRICT COURT
                                                                                                                    FOR THE DISTRICT OF COLUMBIA