**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ROBIN HOEY,                                          :

        Plaintiff,                                 :          Case Number: 1:07-cv-00919
                                                                              Judge John D. Bates
        v.                                            :

DISTRICT OF COLUMBIA, et. al.,               :

        Defendants.                             :

**CONSENT MOTION FOR**
**PLAINTIFF TO FILE SURREPLY TO DEFENDANTS' REPLY**
**TO PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENT**
**TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Plaintiff Robin Hoey, by and through his attorneys HANNON LAW GROUP, LLP,

pursuant to Fed. R. Civ. Pro. 6(b)(1) and LCvR 7, respectfully presents this Consent Motion for

Plaintiff to File Sur-reply to Defendants' Reply to Plaintiff's Response to Defendants'

Supplement to Their Motion to Dismiss the Amended Complaint.

In this matter, the Defendants filed a Supplement to Their Motion to Dismiss the

Amended Complaint on December 19, 2007.  Plaintiff responded to that Supplement on January

9, 2008.  Defendants filed their Reply on January 28, 2008 with Plaintiff's consent and leave of

this Court.  Plaintiff now seeks an opportunity to Sur-reply to Defendants' Reply and seeks leave

of this Court to file a Sur-reply.  As reasons for this Motion, the Plaintiff states the following:

      1.          Plaintiff's counsel has recently completed a two week trial in the Eastern District

of Virginia as of Thursday January 31, 2008.  Plaintiff's counsel was unable to review and

consider its potential response to Defendants' Reply until conclusion of that trial.

2.      The Local Rules for the District Court for the District of Columbia do not

establish a time frame within which to file a Sur-reply, therefore this Motion is not untimely.

3.      Defendants' Reply included substantive new legal arguments not previously

addressed in their Supplement to their Motion to Dismiss the Amended Complaint and Plaintiff

respectfully requests an opportunity to respond to these new legal arguments.

4.      Defense counsel has consented to both the filing of Plaintiff's Sur-reply and to the

allowance of additional time for Plaintiff to draft his Sur-reply.  See Defendants Consent Motion

filed January 25, 2008.

For the above stated reasons, the Defendant respectfully requests he be granted until

Monday, February 11, 2008 to file his Sur-reply in this matter.  A memorandum of points and

authorities in support of this Motion is hereto attached.

WHEREFORE, Plaintiff Robin Hoey respectfully requests that the Court grant this

Consent Motion and enter the attached Order.


Respectfully submitted,

HANNON LAW GROUP, LLP


        /s/ J. Michael Hannon
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Plaintiff Robin Hoey*

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on January 25th, 2008, the undersigned counsel spoke with

Plaintiff's counsel and the parties agreed to the relief sought in this Motion.


        */s/ Sarah R. Bagley*
        Sarah R. Bagley

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Consent Motion For Plaintiff to File Surreply to Defendants' Reply to Plaintiff's Response to Defendants' Supplement to Defendants' Motion to Dismiss the Amended Complaint** was sent via electronic filing, this 4th day of February, 2008 to:

Leah Brownlee Taylor
Office of the Attorney General
441 Fourth Street, NW
6th Floor-South
Washington, DC 20001-2714


_____/s/ J. Michael Hannon_____
J. Michael Hannon

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ROBIN HOEY,                                    :

        Plaintiff,                          :          Case Number: 1:07-cv-00919
                                                           Judge John D. Bates
        v.                                  :

DISTRICT OF COLUMBIA, et. al.,                 :

        Defendants.                         :


**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF THE PLAINTIFF'S CONSENT MOTION**
**FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY**
**TO PLAINTIFF'S RESPONSE TO DFENDANTS' SUPPLEMENT**
**TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**


In support of Plaintiff's Consent Motion for Leave to File a Sur-reply, the Plaintiff relies

upon the following authorities:


    1.      Inherent Power of the Court.

    2.      Fed. R. Civ. P. 6(b)(1).

    3.      The record herein.

    4.      The lack of prejudice to the Defendants.

    5.      The Defendants' consent.

Respectfully submitted,

HANNON LAW GROUP, LLP


_____/s/ J. Michael Hannon_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Plaintiff Robin Hoey*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Memorandum of Points and Authorities in Support of Consent Motion For Plaintiff to File Surreply to Defendants' Reply to Plaintiff's Response to Defendants' Supplement to Defendants' Motion to Dismiss the Amended Complaint and Order** was sent via electronic filing, this 4th day of February, 2008 to:

Leah Brownlee Taylor
Office of the Attorney General
441 Fourth Street, NW
6th Floor-South
Washington, DC 20001-2714


_____/s/ J. Michael Hannon_____
J. Michael Hannon

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ROBIN HOEY,                                    :

       Plaintiff,                          :          Case Number: 1:07-cv-00919
                                                          Judge John D. Bates
   v.                                        :

DISTRICT OF COLUMBIA, et. al.,           :

       Defendants.                       :


## ORDER

Upon consideration of the Consent Motion for Leave to File a Sur-reply, the

Memorandum of Points and Authorities filed in support thereof, and the entire record herein,

defendants' response thereto, if any, and it appearing to the Court that the motion should be

granted, it is by the Court this _____day of _____, 2008,

ORDERED:  That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED:  That Plaintiff's time to file a Sur-reply is allowed up to and

including Monday, February 11, 2008.


_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.