**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ROBIN HOEY, | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al., | : | |
| Defendants. | : | |

**CONSENT MOTION FOR
EXTENSION OF TIME TO FILE
PLAINTIFF'S SURREPLY TO DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENT TO
THEIR MOTION TO DISMISS  AND/OR MOTION FOR SUMMARY JUDGMENT**

Plaintiff Robin Hoey, by and through his attorneys HANNON LAW GROUP, LLP, pursuant *to* Fed. R. Civ. Pro. 6(b)(1) and LCvR 7, respectfully presents this Consent Motion for Extension of Time to File Sur-Reply to Defendants' Reply to Plaintiff's Response to Defendants' Supplement to Their Motion to Dismiss the Amended Complaint, And/or In The Alternative, Motion for Summary Judgment.

In this matter, the Defendants filed a Supplement to Their Motion to Dismiss the Amended Complaint on December 19, 2007.  Plaintiff responded to that Supplement on January 9, 2008.  Defendants filed their Reply on January 28, 2008 with Plaintiff's consent and leave of this Court.  Plaintiff, with Defendants' consent, was granted leave by this Court on February 5, 2008, to file a 7 page Sur-reply on Monday, February 11, 2008.  Plaintiff now requests an additional week to prepare that response in light of the substantive new arguments made in Defendants' Reply and in light of unexpected developments in Defense counsel's schedule.

Defendants' Reply includes within it a substantive new argument as to their interpretation of the statutes at issue. Their emphasis on the "notwithstanding" phrase and their citation to legislative history and MPD documentation not previously cited requires extensive research on the part of the Plaintiff to prepare a response. The initial agreed upon filing date did not allow sufficient for the research required to prepare this Sur-reply.

Undersigned counsel is authorized by Assistant United States Attorney Leah Brownlee Taylor to advise the Court that Defendants consent to the extension of the Monday February 11, 2008, deadline to Monday, February 18, 2007.

WHEREFORE, Plaintiff Robin Hoey respectfully requests that the Court grant this Consent Motion and enter the attached Order.

Respectfully submitted,

HANNON LAW GROUP, LLP


            /s/ J. Michael Hannon
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Plaintiff Robin Hoey*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing **Consent Motion for Extension of Time for Plaintiff to File Sur-Reply to Defendants' Reply to Plaintiff's Response to Defendants' Supplement to Their Motion to Dismiss the Amended Complaint And/Or In The Alternative Motion for Summary Judgment** was sent via electronic filing, this 11th day of February, 2008 to:

Leah Brownlee Taylor
Office of the Attorney General
441 Fourth Street, NW
6th Floor-South
Washington, DC 20001-2714


                                        */s/ J. Michael Hannon*
                                        J. Michael Hannon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ROBIN HOEY, | : | |
| Plaintiff, | : | Case Number: 1:07-cv-00919 |
| | | Judge John D. Bates |
| v. | : | |
| DISTRICT OF COLUMBIA, et. al., | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF THE
PLAINTIFF'S CONSENT MOTION FOR EXTENTION
OF TIME TO FILE SURREPLY TO DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO DEFENDANTS' SUPPLEMENT
TO THEIR MOTION TO DISMISS THE AMENDED COMPLAINT,
<u>AND/OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT</u>**

In support of Plaintiff's Consent Motion for Extension of Time to File a Sur-reply, the Plaintiff relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The record herein.

4. The lack of prejudice to the Defendants.

5. The Defendants' consent.

Respectfully submitted,

HANNON LAW GROUP, LLP


　　　*/s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorneys for Plaintiff Robin Hoey*


**CERTIFICATE OF SERVICE**

　　I hereby certify that a copy of the foregoing **Memorandum in Support of the Consent Motion for Extension of Time for Plaintiff to File Sur-Reply to Defendants' Reply to Plaintiff's Response to Defendants' Supplement to Their Motion to Dismiss the Amended Complaint And/Or In The Alternative Motion for Summary Judgment** was sent via electronic filing, this 11th day of February, 2008 to:

Leah Brownlee Taylor
Office of the Attorney General
441 Fourth Street, NW
6th Floor-South
Washington, DC 20001-2714


　　　*/s/ J. Michael Hannon*
J. Michael Hannon

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ROBIN HOEY,                                  :

    Plaintiff,                          :        Case Number: 1:07-cv-00919
                                                     Judge John D. Bates

    v.                                       :

DISTRICT OF COLUMBIA, et. al.,               :

    Defendants.                         :

## **ORDER**

Upon consideration of the Consent Motion to Extend the Briefing Schedule, it is by the

Court this ____ day of _____, 2008,

    **ORDERED** that the Motion is **GRANTED**; and it is

    **FURTHER ORDERED** that Plaintiff's Sur-Reply to Defendants' Reply to Plaintiff's

Response to Defendants' Supplement to the Motion to Dismiss the Amended Complaint And/Or

In The Alternative Motion for Summary Judgment shall be filed February 18, 2008.


                                                       _____
                                                       THE HONORABLE JOHN D. BATES
                                                       District Court Judge

Copies to:
J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Leah Brownlee Taylor
Assistant Attorney General
441 Fourth Street, N.W. 6th Floor South
Washington DC 20001