**I** IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>And CATHY LANIER )<br>)<br>Defendants. ) | Civil Action No. 07-00919(JDB)<br>Oral Argument Requested |

## NOTICE OF FILING

The defendants in the above captioned action submit their Petition for Review, filed with the Office of Employee Appeals, in order to complete the record in this case. *See* Exhibit A- Petition for Review. On March 17, 2008, plaintiff filed his Opposition to these defendant's Petition for Review in support of his opposition to these defendants' dispositive motion. See Docket Entry # 32. While the defendants do not believe that this Court should consider these filings in its determination, other than for the purpose of recognizing that this Court does not have jurisdiction over this matter, these defendants file their brief in the event this Court determines it should consider plaintiff's filing in reaching a ruling on the defendants' motion.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

        /s/   Patricia A. Jones_____
PATRICIA A. JONES
Chief, General Litigation Section IV


        /s/    Leah  Taylor_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

        /s/   Patricia A. Jones_____
PATRICIA A. JONES
Chief, General Litigation Section IV


        /s/    Leah  Taylor_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

OFFICE OF EMPLOYEE APPEALS
FOR THE DISTRICT OF COLUMBIA

ROBIN HOEY, )
  )
    Petitioner, )
  )
v. ) Case Number: 1601-0074-07
  )
  ) Joseph E. Lim, Esq.
METROPOLITAN POLICE ) Senior Administrative Judge
DEPARTMENT, )
  )
    Respondent. )
_____)

## RESPONDENT METROPOLITAN POLICE DEPARTMENT'S PETITION FOR REVIEW

The Board of the Office of Employee Appeals should grant the instant Petition for Review and reverse the Initial Decision of the Administrative Judge as the decision:

1. Fails to take into consideration the "notwithstanding" clause of D.C. Official Code § 1-608.01(d-1);

2. Erroneously construes the more general provisions of the Comprehensive Merit Personnel Act (CMPA) to supersede the more specific provisions of § 1-608.01(d-1) in violation of well-settled rules of statutory construction; and

3. Contradicts the legislative history and the expressed intent of the Council of the District of Columbia in enacting § 1-608.01(d-1).

### Background

Petitioner Robin Hoey was appointed a police officer on December 16, 1985. *Initial Decision* at 2, ¶ 1. He was promoted from the rank of Lieutenant to the rank of Captain on January 16, 2000. *Initial Decision* at 2, ¶ 2. On April 22, 2001, Petitioner was promoted from the rank of Captain to the rank of Inspector on January 16, 2001. *Initial Decision* at 2, ¶ 3. Petitioner was promoted to the rank of Commander and assigned to the Sixth District on August 1, 2004. *Initial Decision* at 2, ¶ 4.

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing were mailed, postage prepaid, this 17th day of January, 2008, to:

> J. Michael Hannon, Esq.
> Sarah Bagley, Esq.
> 1901 18th Street, N.W.
> Washington, D.C. 20009

_____
TERESA QUON HYDEN

13