UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN HOEY,**<br><br>Plaintiff,<br><br>v.<br><br>**THE DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action No. 07-00919 (JDB) |

## ORDER

Upon consideration of [18] defendants' motion to dismiss or, in the alternative, for summary judgment and [8] plaintiff's motion for partial summary judgment, the oppositions, replies, and sur-replies thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that:

1. Defendants' [18] motion to dismiss is **GRANTED**; it is further

2. **ORDERED** that [8] plaintiff's motion for partial summary judgment is **DENIED**; and it is further

3. **ORDERED** that the amended complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

/s/
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: March 31, 2008

-1-